UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN RODRIGUEZ, individual and on behalf of others similarly situated,

Plaintiff,

-v-

SABROSAS EMPANADAS CORP. and YOKASTA PEREZ,

Defendants.

CIVIL ACTION NO.: 22 Civ. 7876 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **February 15, 2023**, the parties shall file a joint letter reporting on the status of discovery and advising as to each party's position regarding whether a settlement conference would be productive.

Dated:   New York, New York
         January 12, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge