UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN RODRIGUEZ, individual and on behalf of others similarly situated,

                Plaintiff,

-v-

SABROSAS EMPANADAS CORP. and YOKASTA PEREZ,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7876 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of a "suggestion of bankruptcy" filed by Defendants. (ECF No. 27 (the "Filing")). The Filing contains only a printout apparently reflecting that each Defendant has commenced bankruptcy proceedings, without any request for relief or other context. By **May 5, 2023**, Defendants shall file a letter clarifying the Filing and advising whether (i) they seek a stay of this action, if appropriate, and (ii) whether the parties' April 27, 2023 mediation conference took place (see ECF min. entry Mar. 8, 2023).

Dated:    New York, New York
            April 28, 2023

                                          SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**