UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN RODRIGUEZ, individually and on behalf of others similarly situated.,

                    Plaintiff,

-v-

SABROSAS EMPANADAS CORP. and YOKASTA PEREZ,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 7876 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 27, 2023, Defendants Sabrosas Empanadas Corp. and Yokasta Perez filed voluntary petitions for bankruptcy under Chapter 7 of the U.S. Bankruptcy Code (the "Bankruptcies") in the U.S. Bankruptcy Court for Southern District of New York. (See ECF No. 29). Defendants are entitled to an automatic stay of "the commencement or continuation . . . of a judicial . . . proceeding against the debtor that was . . . commenced before" the Bankruptcy. 11 U.S.C. § 362(a)(1). Accordingly, the Court orders as follows:

1. This action is STAYED pending resolution of the Bankruptcies; and

2. By **July 31, 2023 and every 90 days thereafter**, the parties shall file a joint letter reporting on the status of the Bankruptcies.

Dated:      New York, New York
               May 1, 2023

                                  SO ORDERED.

                                  _/s/ Sarah L. Cave_
                                  SARAH L. CAVE
                                  United States Magistrate Judge