UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN RODRIGUEZ, individually and on behalf of others similarly situated.,

                Plaintiff,

-v-

SABROSAS EMPANADAS CORP. and YOKASTA PEREZ,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7876 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having advised that the voluntary petitions for bankruptcy under Chapter 7 of the U.S. Bankruptcy Code filed by Defendants Sabrosas Empanadas Corp. and Yokasta Perez have been closed (ECF No. 36), the Court orders as follows:

1. The stay of this action is LIFTED.

2. The parties shall promptly meet and confer and, by **February 6, 2024**, file a joint letter (the "Letter") stating whether they intend to resume their mediation efforts under the Mediation Referral Order (ECF No. 26) or request entry an amended case management plan for the completion of discovery. If the parties intend to resume discovery, the Letter shall include a proposed schedule for the completion of any remaining fact and expert discovery.

Dated:     New York, New York
            January 23, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge